AO91 (Rev. 12/03) Criminal Complaint   Felmy   AUSA   United States District Court Southern District of Texas FILED

# UNITED STATES DISTRICT COURT

AUG 2 4 2014

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Luis AMBRIZ-Navarro
A202 002 524  United States

**CRIMINAL COMPLAINT**

Case Number: B-14- MJ-782

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   August 22, 2014   in   Cameron   County, in the   Southern District Of Texas   defendant(s)

conspire with Luis AMBRIZ-Navarro and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, Constantino RIVERA-Onofre and Omar ORTEGA-Perez, knowing or in reckelss disregard of the fact that that such persons were aliens illegaly present in the United States, a felony,

in violation of Title   8   United States Code, Section(s)   1324(a)(1)(A)(v)(I)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

On August 22, 2014, Border Patrol Agents from the Brownsville Station received information about five suspected undocumented aliens walking north on Ringgold Street. Agents responded to the area and observed a black suv traveling north on Ringgold Street with several persons visible in the backseat. Agents performed a vehicle stop due to the fact that this area is notorious for the smuggling of undocumented aliens and narcotics. Field interview revealed the driver, later identified as Luis AMBRIZ-Navarro, to be a United States citizen and the five passengers to be undocumented aliens from Mexico. Through further investigation it was determined that Luis AMBRIZ-Navarro to be the principal in the smuggling scheme for financial gain.

Defendant had no money.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Arellano, Jesus   Border Patrol Agent
Signature of Complainant

Arellano, Jesus   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 24, 2014                                               at   Brownsville, Texas
Date                                                                        City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge            Title of Judge                          Signature of Judge